JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL WARD,<br><br>          Plaintiff,<br><br>     v.<br><br>HOME BOX OFFICE, INC., et al.,<br><br>          Defendants. | Case No.  CV 23-7838-GW-ASx<br><br>**ORDER TO DISMISS** |

   Based upon the Notice of Dismissal filed on November 27, 2023 [18], it is hereby ORDERED that this action is dismissed in its entirety.

   IT IS SO ORDERED.

Dated: November 27, 2023

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE